Eastern District of Kentucky
**FILED**

SEP 28 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                            INDICTMENT NO. 6:23-cr-056-CHB

**KENNETH RAY GRUBB and
LANDON WAGERS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 1201(a)(1)
### 18 U.S.C. § 2

On or about August 5, 2023, in Clay County, in the Eastern District of Kentucky,

**KENNETH RAY GRUBB and
LANDON WAGERS,**

aided and abetted by each other and others, did willfully and unlawfully kidnap, abduct, seize, and confine A.H. and hold him for the purpose of reward and assault, and did use a means, facility, and instrumentality of interstate commerce, to wit: a road and vehicle, in committing and in furtherance of the commission of such offense, all in violation of 18 U.S.C. § 1201(a)(1).

### COUNT 2
### 18 U.S.C. § 1512(k)

On or about September 16, 2023, in Laurel and Clay Counties, in the Eastern District of

Kentucky,

**KENNETH RAY GRUBB and
LANDON WAGERS**

did conspire together and with others to use intimidation, threats, or corrupt persuasion toward A.A. with the intent to influence, delay, or prevent her testimony before a federal grand jury or other official proceeding, in violation of 18 U.S.C. § 1512(b)(1), all in violation of 18 U.S.C. § 1512(k).

A TRUE BILL

███████████████

FOREPERSON

_/s/_

**CARLTON S. SHIER IV
UNITED STATES ATTORNEY**

# PENALTIES

## COUNT 1:

Any term of years to life imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

## COUNT 2:

Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.