Eastern District of Kentucky
FILED

SEP 28 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:23-056-CHB

UNITED STATES OF AMERICA            PLAINTIFF

V.        **MOTION OF UNITED STATES
FOR ISSUANCE OF ARREST WARRANTS**

**KENNETH RAY GRUBB** and
**LANDON WAGERS**            DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the Defendants, **KENNETH RAY GRUBB** and **LANDON WAGERS**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By: _____
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd., Suite 200
London, KY 40741
(606) 330-4838
Andrew.Trimble@usdoj.gov